RECEIVED

OCT 2 3 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No.: 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

          Plaintiff,

v.

JOHN DOE subscriber assigned IP address
68.37.91.121,

          Defendant.

Civil Action No. 3:14-cv-03944-PGS-DEA

### ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN
### WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time

Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the

"Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until at least

thirty (30) days after the expected response date or until November 27, 2014 to effectuate service

of a summons and Complaint upon Defendant.

SO ORDERED this 23rd day of _October_, 2014.

By: _____

UNITED STATES DISTRICT JUDGE

+ Hon. Douglas E. Arpert, U.S. M.J.